# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRUCE DAVID PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES et al.,<br><br>Defendants. | Case No. CV 21-00363-GW (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is GRANTED and that Judgment is entered dismissing this case with prejudice.

Date: April 21, 2022

_____
GEORGE H. WU
United States District Judge